*March 11, 1941.*

DZIEWIOR, Appellant, vs. ROTH and others, Respondents.

For the appellant: *Frank H. Hanson* of Mauston, and *Hill, Miller & Hill* of Baraboo.

For the respondents: *Curran & Curran* of Mauston, and *George H. Gordon, Law & Brody* of La Crosse.

*By the Court.*—Judgment affirmed.

WILL OF ANNA LIMBERGER: VOLKMANN, Executor, Appellant, vs. OLDENBURG and another, Respondents.

For the appellant: *John P. Retzer* and *H. R. Neubauer*, both of Milwaukee.

For the respondents: *Timlin, Dean & Klug* of Milwaukee.

*By the Court.*—Judgment affirmed.

WILL OF QUICK: BURTON, Administrator, Appellant, vs. QUICK, Executor, Respondent.

For the appellant: *Easton Johnson* of Whitewater.

For the respondent: *Rogers & Vance* of Fort Atkinson.

*By the Court.*—Order affirmed.